The next case is Boyce v. Citibank. Good morning, Your Honors. May it please the Court, my name is Jeff Hertzberg. I represent the Boyces. We're here on the appeal of a bankruptcy court decision, refusing to reopen an adversary proceeding, which initially was closed upon, in my opinion, a due process of law violation by Judge Truss, the bankruptcy judge. Judge Truss issued an estimation hearing, ordered to schedule an estimation hearing on a Chapter 13 case. However, prior to the estimation hearing order, he already issued an order disallowing the claim of Citibank, the personal liability of the claim, not the secure portion of the claim. Thus, a Chapter 13 only deals with unsecure claims, the repayment of unsecure claims under the plan. Therefore, the actual issuance of the order scheduling the estimation hearing was moot. He already decided the issue. Let me ask you something, Gordon. I'm having trouble understanding what it is you want. So there shouldn't have been an estimation hearing, but in lieu of what he thought the bankruptcy judge thought should have been an estimation hearing, there's an agreement to go back to state court. You go back to state court. You move to set aside the default judgment. You lose the default judgment ordering foreclosure. What do you want now? What do you want the bankruptcy court judge to do? Do you want him to reconsider what the state court had done? No. Reinstate the adversary proceeding in the bankruptcy court because the order sent back to state court specifically stated you could come back for cause. Cause. Good cause. Cause. But it said good cause. Cause. Okay. If the state court refuses to hear the matter, the substantive issues of the matter, what greater cause is there to go back to the bankruptcy court and let the bankruptcy court decide the substantive merits of the case? What I'm trying to understand is you're saying there should have been no estimation hearing. That's it. What constitutes the merits of this case that you're talking about? The merits of the underlying adversary proceeding? Yeah. Whether or not they actually had a valid mortgage lien that's enforceable in any court. But that was already decided. No, it was not. It was decided the first time in state court. You went back. No. You moved to set aside. The state court determined that there was a default. A default does not mean that the substantive merits would. Unless I'm mistaken, the state court judge, he or she, did more than just determine that there was a default. Wasn't there a judgment entered? No. Never. It was just an order of reference. There was never a judgment for closure and sale. Absolutely not. What was the reference supposed to be? The reference for what? A reference to appoint the referee to compute under state law the amount of the debt. There were no one on this mortgage debt. But nobody has ever determined the validity of the underlying security interest, namely the mortgage. And that's what was in front of Judge Truss, which, to use Judge Ramos' terminology in the Second Department, Judge Truss punted. No court. What does the entry of default mean? The entry of default means that there's no issues before this court, and we allow the appointment of a referee to compute. Am I correct that your clients signed two stipulations stating that they have no defense to the action and therefore agreed to waive any claim or defense to the foreclosure action? Yes, they did. But there was problems with that. After they signed each of them, which was on the various situations, given who the plaintiff's attorney was, who's already been disbarred, et cetera. We don't know that this disbarment had anything to do with what happened in this case. They actually made all the trial modification payments. And then the bank says, heck with you. We're not giving you a permanent modification. Did they sign the two stipulations agreeing to waive any claim or defense to the foreclosure action? Yes, yes, they did. However, you have to also understand that the bank required it to give a trial modification. After they made the payments on the trial modification, the bank said, heck with you. We're not going to give you a permanent modification. They never returned the trial modification payments. Why? This was all a fraud perpetrated by the bank and their attorney on Du Bois's. What do you want now? We want the right— You want the money back that you paid? No. We want the right to go back to the bankruptcy court and have the bankruptcy court determine whether or not there was a valid mortgage lien given the lack of standard. We've already shown that they didn't even have personal— Well, the bankruptcy proceedings are ended, right? The main case— There's a question about whether the bankruptcy court has jurisdiction. You're saying—and we would review for abuse of discretion, correct? Yes. The bankruptcy court's determination. But it's more than that because the dismissal order or the withdrawal order of the—not dismissal—the withdrawal order by the bankruptcy court specifically had that for cause clause that allowed them to rehear the matter for cause. The district court makes that determination in its discretion whether there was cause or not. Isn't that right? Yes. But I think there's no further cause than if the state court refuses to hear the matter, Your Honor. Well, it might depend on the district court's assessment of the state court's reasoning. That's right. But it was also defaulted to state court, so they never determined the issues, the pertinent issues. So it's not even collateral estoppel of race to the condo. No court has ever determined the relevant substantive meritorious issue whether or not the bank has a valid mortgage lien to allow them to foreclose. We also know that the bank doesn't even have personal possession of the original mortgage note. They tried a lost note affidavit. Judge Truss said that was not good enough. If you go back to the Court of Appeals' decision in Aurora v. Taylor, a case that I'm tremendously familiar with because I represent the Taylor, in order for the mortgagee to prove standing, they have to have physical possession of the mortgage note. They admit that they don't. They're trying to lost note affidavit. There's conflicts between the two forensic document specialists whether or not the copy was a true copy. There's so much open issues that the bankruptcy court should have reopened up the adversary proceeding and let the substantive merits of whether or not they had standing and thereafter a valid mortgage for foreclosure. Thank you. Unless there's any further questions from this Court? Thank you for your argument. And I understand that, Mr. Church, you're here, but you're not here to argue. You were going to rest on your brief. That's correct, Your Honor. We rest on our submissions and on the record before the Court unless the Court has questions at this time. Well, thank you both for coming today. Thank you, Your Honor. The last matter on the calendar is on submission, so I believe it's time to adjourn court. Court is adjourned.